November 29, 2011



# JUDGMENT

## The Fourteenth Court of Appeals

CHRISTOPHER MEULLION, Appellant

NO. 14-10-01143-CV                     V.

GREG GLADDEN, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, GREG GLADDEN, signed October 27, 2010, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**. We further order this decision certified below for observance.